**Order filed December 6, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-04-01035-CV

_____

**JAMES B. MADDUX AND GMS ENERGY SERVICES, L.P. AND STAR TAX SOLUTIONS, L.L.C., Appellants**

**V.**

**TRINITY PETROLEUM CONSULTANTS, LTD. AND TPC INVESTMENTS, INC., Appellees**

---

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 01-35125**

---

## O R D E R

On June 25, 2009, this court abated this appeal because appellant, GMS Energy Services, L.P., petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 05-33342. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court learned the bankruptcy case was closed on May 18, 2011. The parties failed to advise this court of the bankruptcy court action.

On September 27, 2011, we advised the parties that unless, within 20 days, any party to the appeal filed a motion demonstrating good cause to retain this appeal, the appeal would be reinstated and dismissed for want of prosecution.

On October 18, 2011, appellants requested an extension of time to file a response. The motion was granted and appellants' response was due on or before October 27, 2011. As of this date, no response has been filed.

Accordingly, unless within **10 days of the date of this order,** any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.

PER CURIAM